LLOYD R. MARTINDALE, Plaintiff, *v.* ROBERT J. GRIFFIN, Defendant-Appellant, and JAMES B. MCENEANY et al., Defendants-Respondents.

(Argued March 21, 1932; decided April 26, 1932.)

*John J. Scully* for appellant.

*W. Clyde O'Brien* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.